**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

TOMAS ANTONIO NARANJO SIGUEROS,
GABRIEL SIGUEROS, and
ELVIS RAMIREZ AVALOS,
by and through their next friend
CHARLES BARTRUM,

Petitioners,

v. CIVIL ACTION NO. 3:26-0663

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Respondents' Motion for Modification of the Order to Show Cause. ECF No. 11. Respondents request a modification of the Order to Show Cause lifting any prohibition against the removal of Petitioner **Gabriel Sigueros** from the Southern District of West Virginia or the United States. *See id.* at 2. Petitioner does not object to the modification of the Order. *See id.* For the foregoing reasons, this Motion, ECF No. 11, is **GRANTED**.[1]

[1] Petitioner **Gabriel Sigueros** filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 7.

In lieu of the previous language, Paragraph 5 of the Order to Show Cause, ECF No. 5, **SHALL** be modified to state:

5. Respondents **SHALL NOT** remove or facilitate the removal of Petitioners **Tomas Antonio Naranjo Sigueros** and **Elvis Ramirez Avalos** and/or their property from the Southern District of West Virginia. This Order **SHALL NOT** be construed as ordering these Petitioners' release, pending further order of the Court. Instead, this Order **SHALL** be construed as ordering Respondents to take every possible measure to avoid these Petitioners' removal from the District. To the extent these Petitioners have already been removed from the District, Respondents **SHALL NOT** transport these Petitioners to a geographically further location or remove these Petitioners from the United States pending further order of the Court.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER: October 20, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE