**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

TOMAS ANTONIO NARANJO SIGUEROS and
ELVIS RAMIREZ AVALOS,
by and through their next friend
CHARLES BARTRUM,

Petitioners,

v. CIVIL ACTION NO. 3:26-0663

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

The Show Cause Hearing in this matter is currently scheduled for **Thursday, October 22, 2026, at 3:00 PM**. For reasons apparent to the Court, this Hearing **SHALL** be rescheduled to **Thursday, October 22, 2026, at 2:00 PM**.

Respondents **SHALL** produce all agents with personal knowledge of any purported custody determination process with respect to Petitioners **Tomas Antonio Naranjo Sigueros** and **Elvis Ramirez Avalos**, as well as all agents with personal knowledge regarding Petitioners **Tomas**

**Antonio Naranjo Sigueros** and **Elvis Ramirez Avalos**'s understanding of the voluntary departure agreements, for live testimony and cross-examination at the Show Cause Hearing.

Additionally, Respondents **SHALL** produce any body camera footage related to any purported custody determination process, related to the voluntary department agreement, or otherwise relevant, to Petitioner's Counsel by **5:00 PM, Today, October 21, 2026.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 21, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE